# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 23, 2023

Mr. Ryan Baasch
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Richard Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street
Suite 100
Dallas, TX 75202

Mr. Erik Scott Jaffe
Schaerr Jaffe, L.L.P.
1717 K Street, N.W.
Suite 900
Washington, DC 20006

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7260
Washington, DC 20530

Mr. Benjamin Lewis
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 7250
Washington, DC 20530

Mr. Jody Dale Lowenstein
U.S. Department of Justice
Civil Division
1100 L Street N.W.
Washington, DC 20530

Mr. Joshua James Prince
Schaerr Jaffe, L.L.P.

1717 K Street, N.W.
Suite 900
Washington, DC 20006

Mr. Stephen Dean Stamboulieh
Stamboulieh Law, P.L.L.C.
P.O. Box 428
Olive Branch, MS 38654

Mr. Cody J. Wisniewski
Firearms Policy Coalition
5550 Painted Mirage Road
Las Vegas, NV 89149

Ms. Abby Christine Wright
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 23-10319   Mock v. Garland
                           USDC No. 4:23-CV-95

Dear Counsel:

At this time the appellants' brief deadline remains May 30, 2023.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Lisa E. Ferrara, Deputy Clerk
                                      504-310-7675