**SCHAERR | JAFFE** LLP

July 25, 2023

Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:   *William T. Mock, et al. v. Merrick Garland, et al.*
            No. 23-10319
            Oral argument June 29, 2023

Dear Mr. Cayce,

    I write to notify you that Joshua J. Prince is departing from my firm and will no longer be representing Appellants as retained counsel. His name should be removed from the docket in this case.

    I will continue to represent Appellants in his absence, as will Cody Wisniewski.

                                         Respectfully submitted,

                                         */s/ Erik S. Jaffe*

                                         Erik S. Jaffe

cc's via ECF:
All Counsel of Record

**Erik S. Jaffe | PARTNER**
Office: (202) 787-1060
ejaffe@schaerr-jaffe.com

**SCHAERR | JAFFE** LLP
1717 K St NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com